# EXHIBIT LCP9

No. of Company C-73543

**FORM T**

C73543/27

**EXHIBIT LCP9**

**COMPANIES ACT, 1995**

**Notice of transfer of shares**
Pursuant to section 120 (3)

IAS
2 8 SEP 2017



RECEIVED 2 5 AUG 2017 REGISTRY OF COMPANIES

Name of Company   **VistaJet Group Holding Limited**

Delivered by   **Julia Simonsson**

---

To the **Registrar of Companies**

(a) **VistaJet Group Holding Limited**

hereby gives notice in accordance with Section 120 (3) of the Companies Act, 1995 that (b) One million three hundred sixty-two thousand three hundred forty-eight (1,362,348) Redeemable Preference Shares having a nominal value of USD 2.50 each have been transferred as indicated hereunder.

| Names and Address of transferor | Name and Address of transferee | No of shares transferred | Type and Class of shares |
|---|---|---|---|
| Mr. Thomas Flohr<br><br>a Swiss citizen with passport no. X2915558 and residing at Via Marguns 46, St. Moritz CH-7500, Switzerland | Turbo Offshore Holdings LP<br><br>registered under and governed by the laws of the Cayman Islands, bearing registration number: 91571, with registered address at Maples Corporate Services Limited, PO Box 309, Ugland House, South Church Street, George Town, Grand Cayman, KY1-1104, Cayman Island | 517,227 | Redeemable Preference Shares |
| Mr. Thomas Flohr<br><br>a Swiss citizen with passport no. X2915558 and residing at Via Marguns 46, St. Moritz CH-7500, Switzerland | Turbo Holdings LP<br><br>registered under and governed by the laws of the Cayman Islands, bearing registration number: 91572, with registered address at Maples Corporate Services Limited, PO Box 309, Ugland House, South Church Street, George Town, Grand Cayman, KY1-1104, Cayman Island | 845,121 | Redeemable Preference Shares |

The above transfers of shares have been registered with the Company in the name of the persons entitled to be the registered holders on the 24th day of August 2017.

Signature...... *Julia Simonsson*

**Julia Simonsson**
*Company Secretary*

Dated this 24th day of August of the year 2017

---

*This form must be completed in typed form*
(a)   State company name
(b)   State number of shares
*    Delete as necessary