UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF HELIOS VENTURES FZE FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00430-ALC |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated between HELIOS VENTURES FZE and Respondents VISTAJET US INC., RHONE CAPITAL LLC., and RHONE GROUP LLC, by and through their undersigned counsel, that the above-captioned action is hereby DISMISSED WITH PREJUDICE, with each party bearing their own costs and attorneys' fees.

Respectfully submitted this 15th day of October, 2021:

**HELIOS VENTURES FZE**

/s/ _____

Lucas V.M. Bento
lucasbento@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE, FLOOR 22
NEW YORK, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**VISTAJET US INC.**
**RHONE CAPITAL L.L.C.**
**RHONE GROUP L.L.C.**

/s/ _____

Adam S. Laurie
adam.lurie@linklaters.com
LINKLATERS LLP
1290 Avenue of the Americas
New York, New York 10104
Phone: (212) 903-9000
Fax: (212) 903-9100